AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED IN CLERKS OFFICE
2023 APR 11  PM 3: 33
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| United States of America<br>v.<br>THOMAS WHITEHOUSE<br><br>*Defendant* | )<br>)   Case No.   23cr10064 AK - DLC<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* THOMAS WHITEHOUSE ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute and possess with intent to distribute 400 grams or more of fentanyl, in violation of Title 21, United States Code, Section 846

Date: 3/9/2023

*Issuing officer's signature*

City and state: Boston, Massachusetts    Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED
BY ARREST
DEFENDANT

DEA
3/31/2023

*Arresting officer's signature*

*Printed name and title*