AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED IN CLERKS OFFICE
2023 APR 11  PM 3: 33
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) |
|---|---|
| v. | ) |
| DAWN MILLER | ) Case No.  23cr10064 AK - DLC |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DAWN MILLER,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute and possess with intent to distribute 400 grams or more of fentanyl, in violation of Title 21, United States Code, Section 846

Date:  3/9/2023

_____
*Issuing officer's signature*

City and state:  Boston, Massachusetts

Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON  3/31/2023

DCA
_____
*Arresting officer's signature*

_____
*Printed name and title*